# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division

U.S.A. vs. Terrance J. Williams                          Docket No. 5:09-CR-301-1BO

**Petition for Action on Supervised Release**

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Terrance J. Williams, who, upon an earlier plea of guilty to Possession of a Firearm in Furtherance of a Drug-Trafficking Crime, and Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on February 23, 2011, to the custody of the Bureau of Prisons for a term of 262 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Pursuant to U.S. vs. Simmons, the defendant's case was remanded and on May 22, 2012, he pled guilty to Possession of a Firearm in Furtherance of a Drug-Trafficking Crime, in violation of 18 U.S.C. §924(c)(1)(A), and was re-sentenced to a 60-month term of imprisonment and a 60-month term of supervised release to follow. Terrance J. Williams was released from custody on March 6, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 11, 2015, the defendant reported to the probation office, admitted that he smoked marijuana on March 10, 2015, and signed an Admission of Drug Use Statement. Additionally, he advised that while he was in custody, he was diagnosed with Post Traumatic Stress Disorder and Attention Deficit Hyperactive Disorder and was treated with anti-psychotic medication. This medication was discontinued approximately one year prior to his release due to the institutional guidelines. In order to address the defendant's substance abuse and possible mental health issues, it is respectfully recommended that his conditions of supervised release be modified to include the drug aftercare and mental health treatment conditions. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2536 |
| | Executed On: March 13, 2015 |

Terrance J. Williams
Docket No. 5:09-CR-301-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __16__ day of __March__, 2015 and ordered filed and made a part of the records in the above case.

*/s/ Terrence W. Boyle*
Terrence W. Boyle
U.S. District Judge